STATE OF NEW JERSEY v. GEORGE R. JACQUES.

January 26, 1981.

Petition for certification denied.

JOSEPH H. CLINTON v. PAUL MERLINO.

January 26, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS VELEZ.

January 26, 1981.

Petition for certification denied. (See 176 *N.J.Super.* 136)

NANCY JAEGER v. STATE OF NEW JERSEY.

January 26, 1981.

Petition for certification denied. (See 176 *N.J.Super.* 222)

ESTHER HABER v. ABRAHAM A. CHAPLAN.

January 26, 1981.

Petition for certification denied.